IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARLENE R. RUGGER            PLAINTIFF

V.            NO. 4:04CV00652 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 29th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE